UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BIXIA ZHU, :
:
                        Petitioner, :         21-CV-10578 (JMF)
:
      -v- :         <u>ORDER</u>
:
ALEJANDRO MAYORKAS et al., :
:
                      Respondents. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 5, 2022, the Court received a letter from Petitioner asking to "withdraw" her case. *See* ECF No. 9. The Court construes Plaintiff's letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i). Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case and mail a copy of this Order to the Petitioner.

      SO ORDERED.

Dated: May 6, 2022
       New York, New York
                                                      JESSE M. FURMAN
                                               United States District Judge